# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:   305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

August 23, 2017

<u>VIA CM/ECF</u>
Honorable Magistrate Judge Michael A. Hammer
United States District Court
District of New Jersey
50 Walnut Street, Room: 242
Newark, NJ 07101

   Re: Flitsanov v. Spanish Tavern III, Inc., d/b/a Spanish Tavern, et al.
     Case 2:16-cv-08444-MCA-MAH

Dear Judge Hammer:

  The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement is in the process of being drafted and reviewed by the parties and their counsel.  Upon payment of the settlement amount, which will be due after full execution of the settlement agreement, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 60 days of such Order in the event the settlement agreement is not completed and executed within that time period.

  Kindly cancel the upcoming August 28, 2017 Initial Pretrial Conference in this case.

  Thank you for your cooperation.

       Yours very truly,

       THE WEITZ LAW FIRM, P.A.

      By: _/s/ Robert J. Mirel_____
       Robert J. Mirel, Esq.

cc: Counsel of Record via ECF
   Judge Madeline Cox Arleo