UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IGOR FLITSANOV,<br><br>      Plaintiff,<br><br>vs.<br><br>SPANISH TAVERN III, INC., a New Jersey corporation, d/b/a SPANISH TAVERN, and HALFWAY HOUSE, INC., a New Jersey corporation,<br><br>      Defendants. | CASE NO: 2:16-cv-08444-MCA-MAH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**AND ORDER OF DISMISSAL**

COME NOW, Plaintiff, IGOR FLITSANOV, and Defendants, SPANISH TAVERN III, INC., a New Jersey corporation, d/b/a SPANISH TAVERN, and HALFWAY HOUSE, INC., a New Jersey corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 23rd day of October, 2017.

By: _____
  Robert J. Migel, Esq..
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: RJM@weitzfirm.com
*Attorney for Plaintiff*

By: ___*Asad Rizvi*_____
  Christina A. Stoneburner, Esq.
Asad Rizvi, Esq.
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960-5122
Telephone: (973) 992-4800
E-mail: cstoneburner@foxrothschild.com
E-mail: arizvi@foxrothschild.com
*Attorneys for Defendants*

**SO ORDERED:**

_____
Hon. Madeline Cox Arleo, D.N.J.

Date: _____