# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IGOR FLITSANOV, | CASE NO: 2:16-cv-08444-MCA-MAH |
| Plaintiff, | |
| vs. | |
| SPANISH TAVERN III, INC., a New Jersey corporation, d/b/a SPANISH TAVERN, and HALFWAY HOUSE, INC., a New Jersey corporation, | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND ORDER OF DISMISSAL

COME NOW, Plaintiff, IGOR FLITSANOV, and Defendants, SPANISH TAVERN III, INC., a New Jersey corporation, d/b/a SPANISH TAVERN, and HALFWAY HOUSE, INC., a New Jersey corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 23rd day of October, 2017.

By: _/s/ Robert J. Miel_  
Robert J. Miel, Esq..  
THE WEITZ LAW FIRM, P.A.  
18305 Biscayne Blvd., Suite 214  
Aventura, FL 33160  
Telephone: (305) 949-7777  
Facsimile: (305) 704-3877  
E-mail: RJM@weitzfirm.com  
*Attorney for Plaintiff*

By: _Asad Rizvi_  
Christina A. Stoneburner, Esq.  
Asad Rizvi, Esq.  
FOX ROTHSCHILD LLP  
49 Market Street  
Morristown, NJ 07960-5122  
Telephone: (973) 992-4800  
E-mail: cstoneburner@foxrothschild.com  
E-mail: arizvi@foxrothschild.com  
*Attorneys for Defendants*

Case 2:16-cv-08444-MCA-MAH   Document 18   Filed 10/23/17   Page 2 of 2 PageID: 51

**SO ORDERED:**

_____
Hon. Madeline Cox Arleo, D.N.J.

Date: _____Oct 27 17_____